# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| R. Alexander Acosta, Secretary of Labor, United States Department of Labor | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-2942 ECT/TNL |
| Triple V Concrete Construction, Inc.; Layne Vanderwerf; and Jennifer Vanderwerf | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Joint Motion to Approve Proposed Consent Judgment [ECF No. 10] is GRANTED; and
2. The Proposed Consent Judgment [ECF No. 9] is APPROVED and shall be filed as an attachment hereto.

| | |
|---|---|
| Date: 2/4/2019 | KATE M. FOGARTY, CLERK |
| | s/A. Linner |
| | (By)  A. Linner, Deputy Clerk |